IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY C. STRAIN JR.                                              PETITIONER

V.                         NO. 5:13CV00123 BSM-JTR

RAY HOBBS, Director,                                              RESPONDENT
Arkansas Department of Correction

## **ORDER**

Respondent has filed a Response (docket entry #6) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims were reasonably adjudicated by the state courts. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before July 8, 2013,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 6th DAY OF June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE